AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of Utah

| | | |
|---|---|---|
| POSITION LOGIC, LLC, | ) | |
| *Plaintiff(s)* | ) ) ) ) ) | |
| v. | ) ) | Civil Action No. 2:16-cv-01288-BCW |
| PATENT LICENSING ALLIANCE, LLC, PATENT PORTFOLIO MANAGEMENT, LLC, VIRTUAL FLEET MANAGEMENT, LLC, and JOHN DOES I-X, | ) ) ) ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Virtual Fleet Management
525 Mist Flower Drive
Little Elm, Texas 75068-4973

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Gregory D. Phillips
Matthew D. Thayne
Jason P. Eves
PHILLIPS RYTHER & WINCHESTER LLC
124 South 600 East
Salt Lake City, Utah  84102

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

D. Mark Jones
*CLERK OF COURT*

Date:     12/28/2016                              *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 2:16-cv-01288-BCW

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Virtual Fleet Management was received by me on *(date)* 12/28/2016 .

❏ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

☒ Other *(specify)*:
Service by process server - see attached.

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 2/13/2017

*Server's signature* (signed) Christopher R. Butler

Christopher R. Butler
*Printed name and title*

Hahn Loeser & Parks LLP
200 Public Square, Suite 2800
Cleveland, OH 44114
*Server's address*

Additional information regarding attempted service, etc: