AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 2:16-cv-01288-BCW

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Virtual Fleet Management
was received by me on *(date)* 1/24/17 2:45pm.

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Abby Hoyt , who is
designated by law to accept service of process on behalf of *(name of organization)*
Virtual Fleet Management on *(date)* 2/3/17 7:18pm ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 2/3/17

*Server's signature*

Deyton Hutchinson    SCH#11644 exp: Sept 30, 2018
*Printed name and title*

3001 S. Hardin Blvd #110-301 McKinney, TX 75070
*Server's address*

Additional information regarding attempted service, etc:

Print    Save As...    Reset