AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of Utah

POSITION LOGIC, LLC,

*Plaintiff(s)*

v.   Civil Action No.  2:16-cv-01288-BCW

PATENT LICENSING ALLIANCE, LLC,
PATENT PORTFOLIO MANAGEMENT, LLC,
VIRTUAL FLEET MANAGEMENT, LLC, and JOHN DOES I-X,

*Defendant(s)*

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  VIRTUAL FLEET MANAGEMENT, LLC
Registered Agent:  Abby Hoyt
525 Mist Flower Dr.
Little Elm, TX  75068-4973

   A lawsuit has been filed against you.

   Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Gregory D. Phillips
Matthew D. Thayne
Jason P. Eves
PHILLIPS RYTHER & WINCHESTER LLC
124 South 600 East
Salt Lake City, Utah  84102

   If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

D. Mark Jones
*CLERK OF COURT*

Date:   12/30/2016                                                                              _____
                                                                                                                *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 2:16-cv-01288-BCW

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Virtual Fleet Management, LLC
was received by me on *(date)* 12/30/2016 .

❐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

❐ I served the summons on *(name of individual)* _____, who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify)*:
   Service by process server - see attached.

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 2/13/2017

*Christopher R. Butler* (signature)

Server's signature

Christopher R. Butler

Printed name and title

Hahn Loeser & Parks LLP
200 Public Square, Suite 2800
Cleveland, OH 44114

Server's address

Additional information regarding attempted service, etc:

Print    Save As...    Reset